Kamlesh Banga
P. O. Box 6025
Vallejo, CA 94591
kkbanga@gmail.com

Plaintiff in Pro Per
(707) 342-1692

FILED
JAN 29 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

KAMLESH BANGA,

                       Plaintiff,
    vs.

FIRST USA, NA & CHASE BANK USA,
NA AND DOES 1 through 10 inclusive.

                       Defendants

CASE NO.: 2:09-CV-2268-FCD[GGH]

PLAINTIFF'S OPPOSITION TO DEFENDANTS
FIRST USA, NA & CHASE BANK USA, NA'S
MOTION TO TRANSFER VENUE, ET AL.

Date: February 18, 2010
Time: 10:00 a.m.
Dept: Courtroom 9

**JURY TRIAL DEMANDED**

    Plaintiff, Kamlesh Banga respectfully brings to Court's attention that instead of filing a Opposition to Defendant First USA, NA & Chase Bank USA, NA's Motion to Transfer Venue,[1] et al, Plaintiff has filed a Notice of Motion and Motion for Leave to File a Second Amended Complaint because she meets the requirement of Rule 15 (a) of the Federal Rules of Civil Procedure.

---

[1] Defendants' Motion to Transfer Venue is based upon the claims which plaintiff asserted in the previous lawsuit; therefore, plaintiff has withdrawn all those allegations which were the subject of the prior lawsuit in her [Proposed] Second Amended Complaint filed on January 21, 2010.

---

PLAINTIFF'S OPPOSITION TO DEFENDANTS FIRST USA, NA & CHASE BANK USA, NA'S
MOTION TO TRANSFER VENUE, ET AL. - 2:09-CV-2268-FCD[GGH]

1

1  Respectfully Submitted;
2
3
   Dated: January 28, 2010        By: _____Kamlesh Banga_____
4                                         KAMLESH BANGA
                                          Plaintiff in Pro Per
5

---

PLAINTIFF'S OPPOSITION TO DEFENDANTS FIRST USA, NA & CHASE BANK USA, NA'S MOTION TO TRANSFER VENUE, ET AL. - **2:09-CV-2268-FCD[GGH]**

2

# CERTIFICATE OF SERVICE

*Banga v. First USA, NA & Chase Bank USA*
*United States District Court; Eastern District of California;*
*Civil Case No.: 2:09-cv-02268-FCD-GGH*

I certify that the following is true and correct; I am a resident of the Solano County; I am over the age of eighteen years; and not a party to this action; my address is: 755 Britannia Drive Vallejo, CA 94591. On January 28, 2010, I served the following:

PLAINTIFF'S OPPOSITION TO DEFENDANTS FIRST USA, NA &
CHASE BANK USA, NA'S MOTION TO TRANSFER VENUE, ET AL.

by placing copies in envelopes addressed as shown hereon and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Solano County, California.

Wendy C. Krog, Esq.
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA  94105

Executed on January 28, 2010

By _____
Navjeet Singh